# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cielo Jean Gibson, et al., | No. CV-23-00208-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Briscord Enterprises, Inc., et al., | |
| Defendants. | |

Good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 81) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees. The Clerk of Court shall close this case.

Dated this 8th day of December, 2024.

Honorable Krissa M. Lanham
United States District Judge